# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 25, 2018

*By the Court*[*]:

No. 17-1727

| | |
|---|---|
| SCOTT SCHMIDT,<br>    *Petitioner-Appellant,*<br><br>    *v.*<br><br>BRIAN FOSTER,<br>    *Respondent-Appellee.* | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 13-CV-1150<br><br>**Charles N. Clevert, Jr.**<br>*Judge.* |

### O R D E R

Respondent-Appellee Brian Foster's petition for rehearing en banc is **GRANTED**. The panel's opinion and judgment issued May 29, 2018 are **VACATED**. By separate order, the court will set a date for oral argument en banc.

---

[*] Circuit Judge Michael B. Brennan did not participate in the consideration of this petition for rehearing or rehearing en banc.